# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MEL TYRONE EDWARD,  　　　　　　　　No. CIV S-10-0979-JAM-CMK-P

　　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　ORDER

M.D. McDONALD, et al.,

　　　　　Defendants.

_____/

　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　　On February 11, 2011, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2  304(f), this court has conducted a de novo review of this case.  Having carefully reviewed the
3  entire file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.

5  Accordingly, IT IS HEREBY ORDERED that:

6  1. The findings and recommendations filed February 11, 2011, are adopted in
7  full;

8  2. This action proceeds on plaintiff's Eighth Amendment medical care claim
9  against defendants Petersen, Hogan, Martin, Arnold, Medina, and Swingle only; and

10  3. All other defendants and claims are dismissed with prejudice.

11  DATED: May 10, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE