IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL TYRONE EDWARD, | No. CIV S-10-0979-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D. SWINGLE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for default judgment (Doc. 31) against defendant Medina. Because entry of default is a prerequisite to a default judgment, and because the docket does not reflect entry of default as to defendant Medina, the court construes plaintiff's motion as a motion for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

Plaintiff asserts that default against defendant Medina is appropriate due to his failure to file a response to the complaint. A review of the docket, however, reveals that defendant Medina filed an answer on November 11, 2011. For this reason, default is not appropriate.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (Doc. 31) is construed as a request for entry of default; and

2. So construed, plaintiff's request is denied.

DATED: November 21, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE