1
2
3
4
5
6
7
8                 **IN THE UNITED STATES DISTRICT COURT**
9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   MEL TYRONE EDWARD,                  No. CIV S-10-0979-JAM-CMK-P
12                 Plaintiff,
13         vs.                           <u>ORDER</u>
14   D. SWINGLE, et al.,
15                 Defendants.
16   _____/
17               Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to
18   42 U.S.C. § 1983.   Pending before the court is plaintiff's motion for default judgment (Doc. 31)
19   against defendant Medina.  Because entry of default is a prerequisite to a default judgment, and
20   because the docket does not reflect entry of default as to defendant Medina, the court construes
21   plaintiff's motion as a motion for entry of default pursuant to Federal Rule of Civil Procedure
22   55(a).
23               Plaintiff asserts that default against defendant Medina is appropriate due to his
24   failure to file a response to the complaint.  A review of the docket, however, reveals that
25   defendant Medina filed an answer on November 11, 2011.  For this reason, default is not
26   appropriate.

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's motion for default judgment (Doc. 31) is construed as a request for entry of default; and

2.     So construed, plaintiff's request is denied.


DATED:  November 21, 2011

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE