**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEL TYRONE EDWARD, | No. CIV S-10-0979-JAM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| D. SWINGLE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for a case management conference to be set (Doc. 35). Plaintiff states that a case management conference is required in order to resolve issues with respect to defendant Medina's failure to file an answer to plaintiff's complaint. Because the court has addressed that issue in the order issued on December 9, 2011, plaintiff's request for a case management conference to be set is denied.

/ / /

/ / /

/ / /

/ / /

1

1       IT IS SO ORDERED.

 DATED: December 16, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE
